JS6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| S. B., Petitioner, v. SAMAIA FERETI ET AL, Respondent. | Case No. 5:26-cv-04616-MAR<br><br>JUDGMENT |

**IT IS HEREBY ADJUDGED** that this Petition is **GRANTED.** Respondents are ORDERED to immediately release Petitioner S.B. (A Number 240-779-768) from custody subject only to reasonable conditions of supervision; Respondents are ORDERED to return all of Petitioner's belongings, including his identification documents, work authorization documents, passport, and other possessions; Respondents are ORDERED to not re-detain Petitioner unless Respondents provide at least seven days' notice to Petitioner and his counsel that they will seek a pre-deprivation custody hearing before a neutral arbiter. At such a hearing, the government bears the burden of proving, by clear and convincing evidence, that Petitioner is a flight risk or danger to the community, and that there are no conditions that will reasonably assure Petitioner's appearance and public safety, and that the arbiter consider Petitioner's ability to pay and alternatives to detention.

Respondents are ORDERED to file a statement within one business day of Petitioner's release, attesting to Respondents' compliance with this Order.

Dated: November 20, 2026

MARGO A. ROCCONI
United States Magistrate Judge